# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY T. BROWN,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| | : | **NO. 07-1098** |
| | : | |
| **MICHAEL WENEROWICZ, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW,** this 10th day of December 2012, upon consideration of the Petitioner's Motion for Relief from Judgment (Doc. No. 106) and Respondents' Response thereto (Doc. No. 117), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

The clerk is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.